

ORDERED in the Southern District of Florida on September 07, 2011.

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re*:

**SEA TECH ELECTRIC, INC.**

    Debtor.
_____/

Case No.  09-37439-BKC-AJC
Chapter 7

### AGREED ORDER SUSTAINING IN PART AND OVERRULING IN PART TRUSTEE, BARRY E. MUKAMAL'S OBJECTION TO CLAIM NO. 22

**THIS CAUSE** having come before the Court upon *Trustee, Barry E. Mukamal's Objection to Claim No. 22* filed on June 16, 2011 (ECF No. 47)(the "Objection") and Certificate of Settled Matter filed on September 6, 2011 (the "Certificate"), and the Court, having reviewed the Objection, the Certificate and the file, having noted the agreement of the parties, having determined that good cause exists for granting the relief authorized herein, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Trustee's Objection to Claim No. 22 filed by First Sealord Surety, Inc. is sustained in part and overruled in part.

Case No. 09-37439-BKC-AJC

2. Claim No.22 filed by First Sealord Surety, Inc. is allowed as a secured claim in the amount of $7,500.00 and a general unsecured claim in the amount of $542,500.00.

**###**

Submitted by:

Scott N. Brown, Esquire
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Barry E. Mukamal, Trustee
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
Scott@tabasfreedman.com

Copy furnished to:
Scott N. Brown, Esquire
Attorney Scott N. Brown shall serve copies of this Order on all interested parties and file a certificate of service.